UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

United States of America,                    Criminal No. 04-463 (2) (RHK/AJB)

                    Plaintiff,                              **ORDER**

v.

Alice Mae Johnson,

                    Defendant.
_____


        Defendant's Motion for Extension of Voluntary Surrender Date (Doc. No.

103) is **DENIED**.



Dated : January 11, 2006

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge