## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| United States of America, | Criminal No. 04-463 (2) (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| Alice Mae Johnson, | |
| Defendant. | |

_____

Construing Defendant's January 19, 2007 letter (attached) to the Court as a Motion for reduction of sentence, the Motion is **DENIED**.


Dated : January 25, 2007

                                                             s/Richard H. Kyle
                                                              RICHARD H. KYLE
                                                              United States District Judge